```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF NEW HAMPSHIRE
```

In re:  Nicole B. Vincent,
                  Debtor.

                                        Case No. 12-10025-JMD
                                        Chapter 13 Bankruptcy

## **Order**

The Chapter 13 Trustee having filed a Motion to Dismiss and Sanction the debtor (the "Motion") alleging the debtor's failure to comply with the terms of her Confirmed Plan as it pertains to tax returns and refunds, and the Court having given due consideration to the Motion, the Court hereby DENIES the Motion subject to the following terms:

    1.  That the debtor shall deliver to the Trustee a copy of the applicable tax return (to the extent not already provided) and any applicable excess tax refund on or before October 13, 2013.

    2.  That in addition to complying with paragraph 1 of this Order, the debtor is hereby sanctioned in the amount of $200.00, which shall be paid to the Chapter 13 Trustee on or before October 13, 2013

    3.  That should the debtor fail to comply with any provisions of this Order as described above, and should the Chapter 13 Trustee file an affidavit so asserting, this case will be dismissed without further hearing, provided that the debtor shall first have a period of seven days following the filing of such an affidavit to respond and request a hearing before the relief requested in the affidavit may be granted.

Dated: September 13, 2013

                                            /s/  J. Michael Deasy
                                            _____
                                            Bankruptcy Judge